# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-40825
Summary Calendar

CHRISTOPHER JOHNSON

Plaintiff-Appellant

v.

JULIE A SCHEIBE, Court Reporter, 362nd District Court, Denton County, Texas; SHERRI ADELSTEIN, Clerk, Denton County District Court; JAMIE BOOTHE, Deputy Clerk, Denton County District Clerk; MOLLY BOWERS, Court Reporter, 362nd District Court of Denton County, Texas

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:07-CV-152

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Christopher Johnson, prisoner # 842458 at the Monroe, Washington, Correctional Center, has been barred from proceeding in forma pauperis (IFP) under 28 U.S.C. § 1915(g) because, on at least three prior occasions while incarcerated, he has brought an action or appeal in a court of the United States

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

that was dismissed as frivolous or for failure to state a claim upon which relief could be granted. See Johnson v. Rogers, 209 F. App'x 424 (5th Cir. 2006). This appeal was therefore improvidently docketed as if Johnson were proceeding IFP on appeal.

Accordingly, Johnson's IFP status is decertified, and the appeal is dismissed. Johnson has 15 days from the date of this opinion to pay the full appellate filing fee to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.